1104

THE STATE OF WASHINGTON, *Respondent*, v. JUAN DURAN-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02552-0, Thomas R. Sauriol, J., entered October 21, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

JERRY REID, *Respondent*, v. WILLIAM SESKO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-01067-1, George L. Wood, J., entered October 17, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RENE ESPINOZA-MENDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01743-6, Frederick B. Hayes, J., entered December 17, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN C. GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07122-6, Steven G. Scott, J., entered June 19, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.